UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AARON R. MILLER,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant. | Case No. C16-5461-RAJ<br><br>**ORDER DIRECTING COMMISSIONER TO FILE CORRECTED ADMINISTRATIVE RECORD** |

The Commissioner filed an Administrative Record regarding a different claimant. Dkt. 7. The Court accordingly ORDERS:

    1.    The Commissioner shall file a corrected Administrative Record by June 30, 2017.

    2.    The Courtesy copy the Commissioner provided the Court appears to be the record pertaining to this case. The parties briefing also indicates the parties received and relied upon the correct record. The Commissioner therefore need not provide the Court with another Courtesy copy of the record.

DATED this 23rd day of June, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DIRECTING COMMISSIONER TO FILE CORRECTED
ADMINISTRATIVE RECORD - 1